NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID SIMS,                                )
a/k/a DAVID S. SIMS,                        )
                                           )
            Appellant,                      )
                                           )
v.                                         )          Case No. 2D17-3389
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                       )
_____)

Opinion filed March 14, 2018.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.